IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:26-CR-00192 |
| | ) | |
| | ) | JUDGE FRENSLEY |
| ULISES JUAREZ CRUZ | ) | |
| | ) | |

**UNITED STATES' MOTION FOR DETENTION HEARING AND FOR DETENTION OF THE DEFENDANT**

COMES NOW the United States of America by Braden H. Boucek, United States Attorney, and Alex P. Bergida, First Assistant United States Attorney, and moves this Court for a detention hearing and for detention of the Defendant in this matter.

In this case, the defendant is charged selling methamphetamine in violation of 18 U.S.C. § 841. Federal law states that "the judicial officer *shall* hold a hearing to determine whether any conditions or combination of conditions…will reasonably assure…the safety of any other person and the community – upon motion of the attorney for the Government or upon the judicial officer's own motion in a case, that involves…an offense for which a maximum term of imprisonment of ten years or more is prescribed in the Controlled Substances Act…"18 U.S.C. § 3142(f)(1)(C).

Further, the United States submits that, pursuant to 18 U.S.C. § 3142(e)(3)(A), a rebuttable presumption exists that no condition or combination of conditions will reasonably assure the appearance of the person or the safety of the community because probable cause exists that the defendant committed an offense for which the maximum penalty is more than ten years pursuant to the Controlled Substances Act. The Government would rely on the presumption at the detention hearing.

The United States submits that at a hearing in this matter, it would establish that on or about July 15, 2026, the Defendant, Ulises Juarez Cruz, after being contacted by his unidentified co-defendant, sold approximately 115 grams of methamphetamine to an undercover ATF agent. The transaction was recorded, and the substance field-tested positive for the specified controlled substance.

With the presumption and the dangerous drugs trafficked in this case, United States submits that the evidence of dangerousness is strong. Based on these aforementioned facts that the United States intends to show at the hearing in this matter, the United States respectfully submits that "no condition or combination of conditions will reasonably assure the appearance of the person and the safety of any other person and the community." 18 U.S.C. § 3142(e)(1).

The United States respectfully requests a continuance of three business days in order to adequately prepare for the hearing in this matter.

Respectfully submitted,

BRADEN H. BOUCEK
United States Attorney

By:

*<u>/s/ Alex P. Bergida</u>*
Alex P. Bergida
Assistant United States Attorney
719 Church Street, Suite 3300
Nashville, Tennessee 37203
(615) 736-5151
Alex.bergida@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that the foregoing was filed with the United States District Court Clerk via CM/ECF, which will send a Notice of Filing to all attorneys of record, on August 20, 2026.

*/s/ Alex P. Bergida*

ALEX P. BERGIDA